718

No. 895. W. P. Brown & Sons Lumber Co. v. Commissioner of Internal Revenue. June 2, 1930. Petition for writ of certiorari to the Circuit Court of Appeals for the Sixth Circuit granted, limited to the question of the validity and effect of the waivers. *Mr. W. W. Spalding* for petitioner. *Solicitor General Thacher, Assistant Attorney General Youngquist, Messrs. Claude R. Branch, J. Louis Monarch,* and *John G. Remey* for respondent.

No. 907. Franc-Strohmenger-Cowan, Inc., v. Payette Neckwear Co. June 2, 1930. Petition for writ of certiorari to the Circuit Court of Appeals for the Sixth Circuit granted. *Messrs. Clifford E. Dunn, Holland S. Duell, Frederick P. Fish,* and *Charles Neave* for petitioner. *Mr. W. B. Kerkam* for respondent.

No. 817. Alabama v. United States. June 2, 1930. Petition for writ of certiorari to the Court of Claims granted. *Messrs. Charlie C. McCall, Thomas E. Knight, Jr.,* and *A. A. Evans* for petitioner. *Solicitor General Thacher, Assistant Attorney General Rugg* and *Messrs. Claude R. Branch* and *William J. Hughes* for the United States.

No. 851. New York Life Insurance Co. v. Bowers, Collector; and

No. 949. Bowers, Collector, v. New York Life Insurance Co. June 2, 1930. Petitions for writs of certiorari to the Circuit Court of Appeals for the Second Circuit granted. *Mr. James H. McIntosh* for the New